UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANK HERNANDEZ, et al.

        Defendants.
_____

**O R D E R**

THIS CAUSE is before the Court on defendant **Edgar Cruz'** Motions to Adopt (DE 531, 536, 538, 539, 540, 541 and 545). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Defendant Edgar Cruz is permitted to adopt the following motions:

    1. Defendant Paul Wiseberg's Motion to Sever (DE 517);

    2. Defendant Hannibal Edwards' Second Motion to Dismiss Indictment (DE 524);

    3. Defendant Paul Wiseberg's Motion to Suppress Evidence and Request for a *Franks* Hearing (DE 518);

    4. Defendant Frank Hernandez' Motion to Suppress (DE 533);

    5. Defendant Howard Helfant's Motion to Sever (DE 526);

      6. Defendant Howard Helfant's Motion for Disclosure of Grand Jury Minutes (DE 528), and

      7. Defendant Emmanuel Antonio's Motion to Sever (DE 532), and, except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

      DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of August, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)