UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

### **O R D E R**

THIS CAUSE is before the Court sua sponte. The undersigned issued a Report and Recommendation (DE 676) dated October 4, 2007, on various motions to suppress. Page one, number 3 states: "Defendant Frank Hernandez' Motion to Suppress: No Crime Delineated to Support Issuance of Search Warrant (DE 533) adopted by defendant Steve Marhee." Defendant Edgar Cruz was omitted as one of the defendants who adopted defendant Frank Hernandez' Motion to Suppress. Therefore, it is hereby

ORDERED AND ADJUDGED that page one, number 3 of the Report and Recommendation (DE 676) issued on October 4, 2007, is AMENDED as follows:

    3. Defendant **Frank Hernandez'** Motion to Suppress: No Crime Delineated to Support Issuance of Search Warrant (DE 533) adopted by defendants **Steve Marhee and Edgar Cruz**.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of October, 2007.

                                                                     _____
                                                                     LURANA S. SNOW
                                                                     UNITED STATES MAGISTRATE JUDGE

Copies to:
See Attached Service List

**SERVICE LIST**

**USA v. FRANK HERNANDEZ, et al.**

**CASE NO. 07-60027-CR-ZLOCH/Snow**

```
Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez)
Omar Guerra Johansson, Esq. (D-Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)
```